JIMMY O. EWENIKE, CSBN 133406
Law Offices of Jimmy Ewenike
515 West Commonwealth Avenue, Suite 210
Fullerton, CA. 92832
Telephone: (714) 773-0611
Facsimile: (714) 257-9987
E-Mail: Ewenike@yahoo.com

EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
JEAN TURK, CSBN 131517
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel, Region IX
    160 Spear Street, St. 800
    San Francisco, CA 94105-1545
    Email: jean.turk@ssa.gov
    Telephone: (415) 977- 8935; Fax: (415) 744-0134

Attorneys for Defendant Commissioner of Social Security

FILED
CLERK, U.S. DISTRICT COURT
08/05/16
CENTRAL DISTRICT OF CALIFORNIA
BY: ___GR___ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
CENTRAL DIVISION

| | |
|---|---|
| Elizabeth Aviles )<br>)<br>          Plaintiff, )<br>)<br>  v. )<br>)<br>CAROLYN W. COLVIN, Acting )<br>Commissioner of Social )<br>Security )<br>)<br>          Defendant. )<br>_____) | Case #: SACV 14-01583 RAO<br><br>[*PROPOSED*] ORDER RE JOINT STIPULATION TO DISMISS PLAINTIFF'S APPLICATION FOR ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920;AND JOINT STIPULATION FOR AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

    Based upon the parties' concurrently filed Joint Stipulation to Dismiss Plaintiff's Application for Attorney Fees Pursuant to the Equal Access to Justice Act (EAJA) 28 U.S.C. § 2412(d), and

1  Costs Pursuant to 28 U.S.C. § 1920, IT IS ORDERED that Plaintiff's
2  Application for attorney fees, under the EAJA, 28 U.S.C. § 2412(d),
3  be and is dismissed.

4      Based upon the parties' further concurrently filed Joint
5  Stipulation for Award and Payment of Attorney Fees Pursuant to the
6  Equal Access to Justice Act, 28 U.S.C. § 2412(d), and Costs
7  Pursuant to 28 U.S.C. § 1920 Award of EAJA Fees ("Stipulation"),IT
8  IS Further ORDERED that Plaintiff be awarded Seven Thousand Five
9  Hundred and Zero Cents ($7,500) in attorney fees, under the Equal
10 Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and Zero Dollars
11 and Zero Cents ($0.0) in costs, under 28 U.S.C. § 1920, subject to
12 the terms of the stipulation.

Dated: <u>August 5, 2016</u>    _____
                                  UNITED STATES MAGISTRATE JUDGE